IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Matthew S., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Case No. 22-cv-3169 |
| MARTIN O'MALLEY, Commissioner of Social Security, [1] | ) ) ) ) |
|     Defendant. | ) |

## ORDER

Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff Matthew S.'s Complaint (Doc. 1) seeks judicial review of Defendant Commissioner of Social Security's (Commissioner's) decision denying her application for Social Security benefits. Before the Court is Plaintiff's Brief (Doc. 10), Commissioner's Brief (Doc. 14), Plaintiff's Reply (Doc. 15), and Magistrate Judge Karen McNaught's October 11, 2024 Report and Recommendation (Doc. 16). Judge McNaught recommends that the Commissioner's decision to deny Plaintiff's benefits be affirmed and Plaintiff's request for remand be denied. More than fourteen days have elapsed since the Report and Recommendation was filed and no objections have been made. Fed. R. Civ. 72(b)(2); 28 U.S.C. § 636(b)(1). Therefore, any objections the to the Report and Recommendation have been waived and the Court will review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley is substituted for his predecessor.

Plaintiff claims that the Administrative Law Judge ("ALJ") denied Plaintiff his due process rights to a full and fair hearing, did not properly analyze his treating psychiatrist's medical opinion, neglected to include intermittent explosive disorder as a severe medical impairment, and the residual functional capacity ("RFC") determination was not supported by substantial evidence. The Court finds no clear error and concurs with Magistrate Judge's thorough factual and legal discussion and recommendation. Accordingly, the Court adopts the Report and Recommendation (Doc. 16). The Commissioner's Brief in support of the ALJ's decision (Doc. 14) is GRANTED. The Plaintiff's Brief in support of remand (Doc. 10) is DENIED.

IT IS ORDERED that the decision denying benefits to Plaintiff Matthew S. is AFFIRMED. The Clerk of the Court is directed to enter judgment in favor of the Defendant Commissioner and against Plaintiff. This case is terminated.

ENTER: November 13, 2024

COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE